1
 2024 CO 38 In Re Ann Jordan; Bruce Howard Brown; David Gutierrez; Amber Tuffield; Geraldine Valdez; Martha Ann Ratzloff; Daniel Ratzloff; Bradley Schaak; Cindy Fuhrmann; Kenneth Noble, in his individual capacity and on behalf of decedent Kay Noble; Cynthia Bauman; Susan Kaberline; and Blake Richard Darnell, Plaintiffs: v. Terumo BCT, Inc.; Terumo BCT Sterilization Services, Inc.; and John Does 1-20. Defendants No. 24SA34
Supreme Court of Colorado, En Banc
July 1, 2024
 
          
 Original Proceeding Pursuant to C.A.R.21 Jefferson County
 District Court Case Nos. 20CV31457 & 20CV31481 Honorable
 LindsayL. VanGilder, Judge
 
 
 
          Petition
 for Rehearing DENIED.